UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

YEHUDA KOHL on behalf of himself and
all other similarly situated consumers

                              Plaintiff,

-against-

ALLTRAN FINANCIAL, LP

                              Defendant.

Case No.

1:18-cv-03235-LDH-LB

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       November 26, 2018

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: New York, New York
       November 26, 2018

/s/ Denise Lynne Plunkett
Denise Lynne Plunkett, Esq.
Ballard Spahr
Attorney for the Defendant
1675 Broadway
New York, New York 10019
Office: (646) 346-8036
Fax: (646) 690-8788
E-mail: plunkettd@ballardspahr.com

So Ordered

s/ LDH      11/27/18
LaShann DeArcy Hall
United States District Judge

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 28 2018 ★

BROOKLYN OFFICE